✎ AO 120 (Rev. 2/99)

| TO: Commissioner of Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Colorado___ on the following Trademarks

| DOCKET NO.<br>13-cv-02025-RM | DATE FILED<br>07/31/2013 | U.S. DISTRICT COURT<br>FOR THE DISTRICT OF COLORADO |
|---|---|---|
| PLAINTIFF<br>Frontier Airlines, Inc | | DEFENDANT<br>Bullfrontier, LLC |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | **Please see copy of Complaint attached hereto** |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>**JEFFREY P. COLWELL** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**