**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02025-RM-MEH

FRONTIER AIRLINES, INC

       Plaintiff,

vs.

BULLFRONTIER, LLC

       Defendant

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to D.C.COLO.LCivR 7.4, Plaintiff Frontier Airlines, Inc. states as follows:

Frontier Airlines, Inc. is a wholly-owned subsidiary of Republic Airways Holdings Inc.

Republic Airway Holdings Inc. is a publicly-traded company.

Dated: August 6, 2013

    /s/ Timothy P. Getzoff
    Timothy P. Getzoff
    Emily J. Cooper*
    HOLLAND & HART LLP
    1800 Broadway, Suite 300
    Boulder, CO  80302
    (303) 473-2700
    tgetzoff@hollandhart.com
    ejcooper@hollandhart.com
    *Admitted only in NY and MA

    **ATTORNEYS FRONTIER AIRLINES, INC.**