IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-2025-RM-MEH

FRONTIER AIRLINES, INC., A Colorado Corporation,

    Plaintiff,

v.

BULLFRONTIER, LLC,
An Ohio Limited Liability Company,

    Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Frontier Airlines Inc., hereby dismisses with prejudice all claims asserted against Defendant BullFrontier, LLC, each party to bear its own costs and attorneys' fees.

Dated September 16, 2013.

    Respectfully submitted,

    s/Emily J. Cooper
    Timothy P. Getzoff
    Emily J. Cooper*
    Holland & Hart LLP
    1800 Broadway, Suite 300
    Boulder, Colorado 80302
    Telephone: (303) 473-2700
    Facsimile: (303) 473-2720
    E-mail: tgetzoff@hollandhart.com
    E-mail: ejcooper@hollandhart.com
    *Admitted only in NY and MA

    **ATTORNEYS FOR FRONTIER AIRLINES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2013, I caused to be served a true and correct copy of the foregoing by depositing same in the United States mail, first class postage fully prepaid, to the persons and addresses listed below:

BullFrontier, LLC
PO Box 646
Granville, OH 43023

and

1920 Monticello Court
Sandy Springs, GA 30350

_____
Rachel Held